MARTIN DUNN, Respondent, *v.* MAGDALENA C. SCHUYLER, Appellant.

(Argued June 15, 1885 ; decided June 26, 1885.)

*Edward H. Hawke* for appellant.

*Artemus B. Smith* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARGARETHA WEINHOLD, Respondent, *v.* DAVID D. ACKER et al., Appellants.

(Argued June 15, 1885 ; decided June 26, 1885.)

*Stephen A. Walker* for appellants.

*Henry Bischoff, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HADLEY FALLS NATIONAL BANK, Respondent, *v.* REUBEN MAY, Appellant.

99 671
120 419

(Argued June 15, 1885 ; decided June 26, 1885.)

*Abram Kling* for appellant.

*Frederick S. Parker* for respondent.

Agree to affirm on opinion below, and for judgment absolute against defendant on stipulation.
All concur.
Order affirmed, and judgment accordingly.